Case 4:19-cv-00301   Document 44   Filed on 08/14/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL E. CALLINAN, and JORGE RIVERA, Individually and on Behalf of All Others Similarly Situated, § § § § § | |
| Lead Plaintiffs, § | |
| v. § | CIVIL ACTION NO. H-19-0301 |
| LEXICON PHARMACEUTICALS, INC., LONNEL COATS, JEFFREY L. WADE, and PABLO LAPUERTA, § § § § § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting defendants' motion to dismiss, and denying plaintiffs' request to amend, this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 14th day of August, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE